| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Jenell Lynn Robinson | Social Security number or ITIN | xxx–xx–3657 |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Louisiana | Date case filed for chapter 7 | 7/7/23 |
| Case number: | 23–11087 Section A Office Code: 2 | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jenell Lynn Robinson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 312 Mississippi Street #104 Lemann Art Lofts Apts Donaldsonville, LA 70346 | |
| 4. | **Debtor's attorney** Name and address | Andrea M. Jeanmarie Southeast Louisiana Legal Services 401 Whitney Avenue Suite 520 Gretna, LA 70056 | Contact phone 504–374–0977  Email: ajeanmarie@slls.org |
| 5. | **Bankruptcy trustee** Name and address | Greta M Brouphy Heller, Draper & Horn, LLC 650 Poydras Street New Orleans, LA 70130 | Contact phone 504–299–3351  Email: gmb@hellerdraper.com ––> |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 7/7/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 10, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property.<br>Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. If you have any questions or concerns, please contact your attorney or the bankruptcy case trustee (see box 5). | Location:<br><br>**Telephone Conference**<br>Trustee:<br><br>Greta M Brouphy<br>Call In Number: 866–703–0638<br>Call In Passcode: 9576648 |
| Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case. | | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/10/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | | |

| | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

United States Bankruptcy Court

Eastern District of Louisiana

In re:     Case No. 23-11087-MSG

Jenell Lynn Robinson     Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 3

Date Rcvd: Jul 10, 2023     Form ID: 309A     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenell Lynn Robinson, 312 Mississippi Street, #104, Lemann Art Lofts Apts, Donaldsonville, LA 70346-2531 |
| 3975073 | + | Acceptance Now, 6060 Siegen Ln, Ste A, Baton Rouge, LA 70809-4153 |
| 3975075 | + | Alvin Robinson Jr., 245 Mockingbird Lane, Saint Rose, LA 70087-3809 |
| 3975077 | + | Capital One, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 3975080 | + | Cash Cow, 3233 Williams Blvd, Kenner, LA 70065-4506 |
| 3975082 | + | Check Lenders LLC, 1201 North 18th Street, Monroe, LA 71201-5429 |
| 3975087 | + | First Heritage, PO Box 82561, Lincoln, NE 68501-2561 |
| 3975089 | + | Louisiana Federal Credit Union, P.O. Box 1956, La Place, LA 70069-1956 |
| 3975098 | | Ochsner Health System, PO Box 669462, Dallas, TX 75266-0233 |
| 3975099 | + | Ochsner Main Campus, 1514 Jefferson Hwy, New Orleans, LA 70121-2483 |
| 3975102 | | Republic Finance, 5545 Murphy Avenue, Suite 110, Memphis, TN 38119 |
| 3975103 | | Resurgent Capital Services, Greenville, SC 29602 |
| 3975106 | | The Bank of Missouri, 6520 Ridgewood RD, Saint Cloud, MN 56303 |
| 3975109 | | WEBBANK/FINGERHUT, 1330 PIONEER TRAIL, Eden Prairie, MN 55347 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ajeanmarie@slls.org | Jul 10 2023 19:06:00 | Andrea M. Jeanmarie, Southeast Louisiana Legal Services, 401 Whitney Avenue, Suite 520, Gretna, LA 70056 |
| tr | + | Email/Text: gbrouphy@hellerdraper.com | Jul 10 2023 19:06:00 | Greta M Brouphy, Heller, Draper & Horn, LLC, 650 Poydras Street, New Orleans, LA 70130-6175 |
| smg | ^ | MEBN | Jul 10 2023 19:02:35 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | EDI: LADOR | Jul 10 2023 23:07:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Jul 10 2023 19:06:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Jul 10 2023 19:06:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Jul 10 2023 19:06:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 3975072 | + | Email/Text: bankruptcy@rentacenter.com | Jul 10 2023 19:07:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-6191 |
| 3975074 | + | Email/Text: bnc@teampurpose.com | Jul 10 2023 19:06:00 | Advance America, 8814 Vets Blvd, Ste 14, |

Case 23-11087 Doc 15 Filed 07/12/23 Entered 07/12/23 23:17:41 Imaged Certificate of Notice Page 5 of 6

| District/off: 053L-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: 309A | Total Noticed: 44 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Metairie, LA 70003-5264 |
| 3975076 | + | EDI: PHINGENESIS | Jul 10 2023 23:07:00 | Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 3975105 | | Email/Text: cfcbackoffice@contfinco.com | Jul 10 2023 19:06:00 | The bank of Missouri, PO B 8099, Newark, DE 19714 |
| 3975107 | | Email/Text: cfcbackoffice@contfinco.com | Jul 10 2023 19:06:00 | Verve Continental Finance, PO Box 3220, Buffalo, NY 14240-3220 |
| 3975085 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 10 2023 19:06:00 | Credit Corp Solutions, 180 W Election Rd. Ste 200, Draper, UT 84020 |
| 3975078 | | EDI: CAPITALONE.COM | Jul 10 2023 23:07:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 3975079 | + | Email/Text: cashamerica@nuvox.net | Jul 10 2023 19:06:00 | Cash America Pawn, 7923 Airline Drive, Metairie, LA 70003-6438 |
| 3975081 | | EDI: WFNNB.COM | Jul 10 2023 23:07:00 | Catherines, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 3975083 | + | EDI: WFNNB.COM | Jul 10 2023 23:07:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 3975084 | + | EDI: WFNNB.COM | Jul 10 2023 23:07:00 | Comenity Bank/ VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 3975094 | + | EDI: CITICORP.COM | Jul 10 2023 23:07:00 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 3975086 | | EDI: WFFC.COM | Jul 10 2023 23:07:00 | Dillard's Card Services/Wells Fargo Bank, PO Box 522, Des Moines, IA 50306-0522 |
| 3975088 | | Email/Text: fhbankruptcy@heightsfinance.com | Jul 10 2023 19:06:00 | First Heritage Credit, 536 Belle Terre, La Place, LA 70068 |
| 3975092 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2023 19:18:04 | LVNV Funding, LLC, 55 Beatti Place, Greenville, SC 29601-5115 |
| 3975091 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2023 19:18:02 | LVNV Funding, LLC, 15 South Main Street, Suite 600, Greenville, SC 29601-2768 |
| 3975095 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 10 2023 19:07:56 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 3975096 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 10 2023 19:18:02 | Merrick Bank, 10705 s. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 3975097 | + | EDI: CBS7AVE | Jul 10 2023 23:07:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 3975100 | | EDI: PRA.COM | Jul 10 2023 23:07:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 3975101 | | Email/Text: bankruptcy@republicfinance.com | Jul 10 2023 19:07:00 | Republic Finance, 513-B W. Airline Hwy, La Place, LA 70068 |
| 3975104 | + | Email/Text: samantha.brucker@phfsgroup.com | Jul 10 2023 19:06:00 | Southern Payday Loans, 1625 Williams blvd, Kenner, LA 70062-6303 |
| 3975108 | | EDI: RMSC.COM | Jul 10 2023 23:07:00 | Wal-Mart Financial Services, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3975093 | *+ | LVNV Funding, LLC, 15 South Main Street, Suite 600, Greenville, SC 29601-2768 |

| District/off: 053L-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: 309A | Total Noticed: 44 |

| | | |
|---|---|---|
| 3975090 | *+ | Louisiana Federal Credit Union, P.O. Box 1956, La Place, LA 70069-1956 |
| 3975110 | * | WEBBANK/FINGERHUT, 1330 PIONEER TRAIL, Eden Prairie, MN 55347 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023    Signature:    /s/Gustava Winters