UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                          CASE NO. 23-11087

JENELL LYNN ROBINSON,                  Section A

DEBTOR(S)                                      CHAPTER 7
                                                                                LIQUIDATION

## ORDER GRANTING THE TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

**IT IS ORDERED** that the action of Greta M. Brouphy, Trustee, be approved, and that she is hereby authorized to abandon property the estate described in her *Trustee's Petition of Disclaimer and Abandonment* [Dkt. # 25] and that the entry of this order shall be deemed to constitute the abandonment of said property by the Trustee.

New Orleans, Louisiana, August 11, 2023.

*[signature]*

Meredith S. Grabill
U.S. Bankruptcy Judge