# United States Bankruptcy Court
## Eastern District of Louisiana

In re  Jenell Lynn Robinson                                        Case No.  23-11087
                            Debtor(s)                              Chapter   7

## MOTION TO AMEND BANKRUPTCY PETITION

1. Debtor(s), __Jenell Lynn Robinson__, commenced this case on __July 7, 2023__ by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about __August 10, 2023__ debtor(s) discovered that the following information had been inadvertently omitted from his/her/their Petition:

| Schedule(s) Affected: | Change(s): |
|---|---|
| Voluntary Petition | To show that Debtor rents her residence |
| Statement of Financial Affairs | To list all places Debtor lived in the last three years |
| Statement of Intentions | To intentions for 2017 Dodge Journey |

WHEREFORE, Debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated:  8-11-2023

Jenell Lynn Robinson
Debtor

## ORDER

The motion of the above-named debtor(s), __Jenell Lynn Robinson__, to amend his/her/their Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's(s') Bankruptcy Petition is amended to reflect the following changes:

| Amendment(s) to Petition: |
|---|
|  |
|  |
|  |

Dated:

**U.S. BANKRUPTCY JUDGE**

Doc ID: a3be66589fe99012035f4ce3279b4c100268127b