UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>Jenell Lynn Robinson<br>**Debtor** | **Bankruptcy Case No.:** 23–11087<br>**Chapter** 7 |

# NOTICE OF DEFICIENCY

**To:** Jenell Lynn Robinson

Your **Motion** is/are deficient for the following reason(s):

    Other

    Order not submitted.

Related document(s):

*28* – Motion to File Amended Schedules Filed by Andrea M. Jeanmarie of Southeast Louisiana Legal Services on behalf of Jenell Lynn Robinson (Attachments: # 1 Schedule Amended Form 101 Voluntary Petition for Individuals Filing for Bankruptcy # 2 Schedule Amended Form 107 Statement of Financial Affairs for Individuals Filing for Bankruptcy # 3 Schedule Amended Form 108 Statement of Intention for Individuals Filing Under Chapter 7) (Jeanmarie, Andrea)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, September 5, 2023.

                                                     Kevin Lew
                                         U.S.B.C. Clerk's Office